Form G5 (20200101_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Cheryl L. Hartsfield,<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | Case Number: 19-14647<br><br>Chapter: 13<br><br>Honorable A. Benjamin Goldgar |

**ORDER GRANTING MOTION TO MODIFY PLAN
AND VACATE ORDER MODIFYING STAY**

This matter coming to be heard on Debtors' Motion to Modify Plan, due notice having been given, and the court being fully advised in the premises, IT IS HEREBY ORDERED:

1. The motion is granted.

2. Section 3.2 is modified to add the debt owed to Ally Financial in the amount of $6, 714.51 at 8% with set payments of $450.00 per month.  Ally is allowed attorney fees in the amount of $600.00 under Illinois law and the retail installment contract dated June 3, 2013 for the 2013 BUICK LACROSSE, VIN: 1G4GG5E31DF260142 and in compliance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure without further notice. That this order amends Ally Financial 's proof of claim to add the allowed attorney fees of $600.00.

3. Section 3.3 is modified to remove the claim of Ally Financial.

4. The default in plan payments Defer Trustee's payment default to the end of the plan term.

5. The plan term is extended to 84 months.

5. Plan payments are decereased from $1,180.00 per month to $769.00 per month for the remainder of the plan term.

6. The order dated August 25, 2020 omodifying the automatic stay as to Ally Financial is vacated.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:    December 14, 2020

**Prepared by:**
Veronica D. Joyner
120 South State Street, Ste 200
Chicago, IL 60603
312-332-9001
vdjoyner@joynerlawoffice.com